IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID MELVIN,

    Petitioner,                    No. CIV S-09-2414 JAM EFB P

    vs.

KEN CLARK, Warden,

    Respondent.                ORDER

_____/

    Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a).

    Petitioner challenges a conviction in the Fresno County Superior Court and so this action should have been commenced in the district court in Fresno. Local Rule 3-120(d). The court will not rule on petitioner's application leave for to proceed *in forma pauperis*.

    Accordingly, it is hereby ordered that:

    1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

    2. The Clerk of Court shall assign a new case number.

////

////

////

1

1    3.  All future filings shall bear the new case number and shall be filed at:

2        United States District Court
         Eastern District of California
3        2500 Tulare Street
         Fresno, CA 93721

5   DATED:  November 5, 2009.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE