# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MELVIN, | 1:09-cv-01950 MJS HC |
|       Petitioner, | ORDER DENYING PETITIONER'S MOTION REQUESTING RULING |
| v. | [Doc. 29] |
| KEN CLARK, | |
|       Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 3, 2011, Petitioner filed a motion requesting a ruling on his pending petition for writ of habeas corpus.

The Court is aware of Petitioner's petition and sympathetic with his desire to have it addressed promptly. This Court does not have an expedited calendar. It acts to resolve all pending cases as quickly and in the most efficient manner possible in the order in which they are filed. However, the Court's docket of pending cases is substantial, and the Court must act first on matters that have been pending the longest.

Accordingly, Petitioner's motion requesting ruling in the pending petition for writ of habeas corpus is DENIED.

IT IS SO ORDERED.

Dated:   March 22, 2012                    /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE